# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

Bridget M. McCormack,
Chief Justice

157368

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MOHAMED ALANI,
        Plaintiff-Appellant,

v

SC: 157368
COA: 334061
Wayne CC: 15-010052-NF

GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY,
PROGRESSIVE MICHIGAN INSURANCE
COMPANY, and PROGRESSIVE MARATHON
INSURANCE COMPANY,
        Defendants,

and

SENTINEL INSURANCE COMPANY, LTD.,
        Defendant-Appellee.
_____/

      By order of September 12, 2018, the application for leave to appeal the January 30, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *Dye v Esurance Prop & Cas Ins Co* (Docket No. 155784). On order of the Court, the case having been decided on July 11, 2019, 504 Mich ___ (2019), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals for the reasons stated in *Dye*. We REMAND this case to the Wayne Circuit Court for further proceedings not inconsistent with this order.

      BERNSTEIN, J., did not participate because he has a family member with an interest that could be affected by the proceeding.

      CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



a1021

Clerk